AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

B. David Mehmet )
Plaintiff )
 )
Pay Pal, Inc. v. )  Civil Action No. 
Defendant )
 )

**Summons in a Civil Action**

To: Pay Pal, Inc.
(Defendant's name)

C08 01961  RS

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

B. David Mehmet
130 Church Street, Ste 251
New York, NY 10007

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Tiffany Salinas-Harwell
Name of clerk of court

Date: 4/03/08

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)