UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DAVID MEHMET,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PAYPAL, INC.,<br><br>    Defendant(s).<br>_____/ | No. C 08-01961 RS<br><br>CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 05/12/08

_Oleg Cross_
Signature

Counsel for  Pay Pal, Inc.
(Name of Party or indicate "Pro Se")