**United States District Court**
For the Northern District of California

1
2
3                                                    ***E-FILED 5/15/08***
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10
11   B. DAVID MEHMET,                              No. C 08-01961 RS
12           Plaintiff,
13       v.                                        **CLERK'S NOTICE OF IMPENDING
                                                   REASSIGNMENT TO A UNITED
14   PAYPAL, INC.,                                 STATES DISTRICT JUDGE**
15
16           Defendant.
     _____/
17
18       The Clerk of this Court will now randomly reassign this case to a United States District

Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.
19
20       PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled

matter which was previously set for August 6, 2008 at 2:30 p.m. before the Honorable Judge Richard
21
22   Seeborg has been vacated.
23   Dated:  5/15/08
24
25                                            For the Court,
                                             RICHARD W. WEIKING, Clerk
26
27                                           By:  /s/ Martha Parker Brown
                                                  Courtroom Deputy Clerk
28

**THIS NOTICE WAS MAILED TO:**

B. David Mehmet
130 Church Street
New York, NY 10007

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Oleg Cross      ocross@cooley.com, williamssl1@cooley.com

Dated: 5/15/08

_/s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California