# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |  |
|---|---|---|
| B. David Mehmet, | ) | |
| Plaintiff, | ) ) ) | Case No. C08-01961 (RS) |
| vs. | ) ) ) | **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT** |
| Paypal, Inc. | ) ) ) | |
| Defendant. | ) ) | |

FILED
2008 MAY 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated May 13, 2008

Respectfully submitted,

To: Cooley Godward Kronish LLP
    4401 Eastgate Mall
    San Diego, CA  92121-1909
    via fax (858) 550-6420 &
    email ocross@cooley.com

B. DAVID Mehmet

B. David Mehmet
Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
-------------------------------------------------------------------X

B. David Mehmet,

Case No. C08-01961 (RS)

Plaintiff,

-against-

**CERTIFICATE OF SERVICE**

Paypal, Inc.

Defendant.
-------------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF NEW YORK ss.:

I, _____Kheira Mehmet_____ pursuant to 28 U.S.C. § 1746 declare
under the penalty of perjury that the forgoing is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in the County
of <u>New York</u> in the State of New York. I served a true copy of the annexed

# DECLINATION TO PROCEED
# BEFORE MAGISTRATE JUDGE
# AND
# REQUEST FOR REASSIGNMENT

on    **05 / 13 /08**
by facsimile on the Defendant to (858) 550-6420, and I also served the Defendant via
email on 05/14/08 to the Defendant's attorney at <u>ocross@cooley.com</u> and made to the
attention of the person indicated below:

Mr. Oleg Cross, Esq.
Cooley Godward Kronish, LLP.

_____
Kheira Mehmet

Sworn to before me    1 / 19 / 08

_____
Notary Public

Gary Patick
Notary Public, State Of New York
No. 01PA6181693
Qualified In Rockland County
Commission Expires Oct. 15, 2010