UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
------------------------------------------------------------X

B. David Mehmet,

                              Plaintiff,

-against-

Paypal, Inc.

                              Defendant.
------------------------------------------------------------X

FILED

2008 MAY 27 P 2: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Case No. 5:08-01961 (RMW)

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK
COUNTY OF NEW YORK ss.:

I, _____Kheira Mehmet_____ pursuant to 28 U.S.C. § 1746 declare under the penalty of perjury that the forgoing is true and correct:

    I am over 18 years of age, I am not a party to the action, and I reside in the County of _New York_ in the State of New York. I served a true copy of the annexed

## VERIFIED AMENDED COMPLAINT

on   05 / 22 /08
by email to the Defendant's attorney at ocross@cooley.com and made to the attention of the person indicated below:

Mr. Oleg Cross, Esq.
Cooley Godward Kronish, LLP.

                                                _____
                                                Kheira Mehmet