| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>OLEG CROSS (246680) (ocross@cooley.com) |
| 3 | 4401 Eastgate Mall<br>San Diego, CA 92121 |
| 4 | Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420 |
| 5 | Attorneys for Defendant |
| 6 | PAYPAL, INC. |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN JOSE DIVISION |
| 11 | |

| | | |
|---|---|---|
| 12 | B. DAVID MEHMET, | Case No. 5:08-cv-01961-RMW |
| 13 | Plaintiff, | **STIPULATION AMENDING BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS** |
| 14 | v. | |
| 15 | PAYPAL, INC., | |
| 16 | Defendant. | CTRM: 6, 4th Floor<br>JUDGE: Hon. Ronald M. Whyte |
| 17 | | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION AND [PROPOSED] ORDER AMENDING
BRIEFING SCHEDULE

Plaintiff B. David Mehmet ("Plaintiff") and Defendant PayPal, Inc. ("PayPal") hereby stipulate as follows:

**Whereas**, on May 19, 2008, PayPal filed and served its Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

**Whereas**, on May 27, 2008, Plaintiff filed and served his Opposition to Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Motion to Amend Complaint, and Cross-Motion for Partial Summary Judgment.

**Whereas**, on June 4, 2008, the Court, on its own motion, continued Plaintiff's Motion for Partial Summary Judgment and Motion to Amend Complaint, as well as PayPal's Motion to Dismiss, previously noticed for June 27, 2008, to July 25, 2008.

**Whereas**, in light of the Court's June 4, 2008 Order, the parties agreed to a briefing schedule for Plaintiff's Motion for Partial Summary Judgment and PayPal's Motion to Dismiss.

**NOW THEREFORE,** the parties submit this proposed schedule for the Court's approval:

1.  PayPal shall have until Friday, June 27, 2008 to file and serve its Reply to Plaintiff's Opposition to the Motion to Dismiss;

2.  PayPal shall have until Friday, June 27, 2008 to file and serve its Opposition to Plaintiff's Motion for Partial Summary Judgment;

3.  Plaintiff shall have until Friday, July 11, 2008 to file and serve his Reply to PayPal's Opposition.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATION AND [PROPOSED] ORDER AMENDING
BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Dated: June 6, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | MICHAEL G. RHODES (116127) |
| | | OLEG CROSS (246680) |
| 3 | | |
| 4 | | */s/ Oleg Cross* |
| 5 | | Oleg Cross |
| 6 | | Attorneys for Defendant |
| | | PAYPAL, INC. |
| 7 | | |
| 8 | Dated: June 6, 2008 | |
| 9 | | |
| 10 | | */s/ B. David Mehmet* |
| 11 | | Plaintiff B. David Mehmet |
| | | *Pro Se* |

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
OLEG CROSS (246680) (ocross@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAYPAL, INC.,<br><br>　　　　　Defendant. | Case No. 5:08-cv-01961-RMW<br><br>**[PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS**<br><br>CTRM:　6, 4th Floor<br>JUDGE:　Hon. Ronald M. Whyte |

**PURSUANT TO THE STIPULATION IT IS SO ORDERED:**

　　**1.**　PayPal shall have until Friday, June 27, 2008 to file and serve its Reply to Plaintiff's Opposition to PayPal' Motion to Dismiss;

　　**2.**　PayPal shall have until Friday, June 27, 2008 to file and serve its Opposition to Plaintiff's Motion for Partial Summary Judgment;

　　**3.**　Plaintiff shall have until Friday, July 11, 2008 to file and serve his Reply to PayPal's Opposition.

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge