COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
OLEG CROSS (246680) (ocross@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
PAYPAL, INC.

*E-FILED - 6/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>        Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No. 5:08-cv-01961-RMW<br><br>[~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS<br><br>CTRM:  6, 4th Floor<br>JUDGE:  Hon. Ronald M. Whyte |

**PURSUANT TO THE STIPULATION IT IS SO ORDERED:**

    **1.**    PayPal shall have until Friday, June 27, 2008 to file and serve its Reply to Plaintiff's Opposition to PayPal' Motion to Dismiss;

    **2.**    PayPal shall have until Friday, June 27, 2008 to file and serve its Opposition to Plaintiff's Motion for Partial Summary Judgment;

    **3.**    Plaintiff shall have until Friday, July 11, 2008 to file and serve his Reply to PayPal's Opposition.

Dated: 6/12/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[~~PROPOSED~~] ORDER AMENDING BRIEFING
SCHEDULE