

**FILED**

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
-----------------------------------------------------------X

B. David Mehmet,

Case No. C08-01961 (RS)

                                  Plaintiff,

-against-

**CERTIFICATE OF SERVICE**

Paypal, Inc.

                                  Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF NEW YORK ss.:

    I, ____Kheira Mehmet____ pursuant to 28 U.S.C. § 1746 declare under the penalty of perjury that the forgoing is true and correct:

    I am over 18 years of age, I am not a party to the action, and I reside in the County of __New York__ in the State of New York. I served a true copy of the annexed

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT**

on    07 / 09 /08
via email to the Defendant's attorney at ocross@cooley.com and made to the attention of the person indicated below:

Mr. Oleg Cross, Esq.
Cooley Godward Kronish, LLP.

_____
Kheira Mehmet