UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-01961-RMW        JUDGE: Ronald M. Whyte

B. DAVID MEHMET            -V- PAYPAL, INC.
Title

No Appearance                              No Appearance
Attorneys Present (Plaintiff)              Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

PROCEEDINGS

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO AMEND COMPLAINT; DEFENDANT'S MOTION TO DISMISS**

**ORDER AFTER HEARING**

Hearing Not Held. No appearance was necessary. The Court took this matter under submission without oral argument. The Court tentative ruling is deny the motion to dismiss because there is no legal certainty that they defamation claim is for less than $75,000. The motion for summary judgment is denied as premature. The Court to send out a final ruling to the parties. The matter is deemed submitted.