UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
———————————————————————X
B. David Mehmet,

Case No. C08-01961 (RS)

Plaintiff,

-against-

CERTIFICATE OF SERVICE

Paypal, Inc.

**FILED**

Defendant.
———————————————————————X

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STATE OF NEW YORK
COUNTY OF NEW YORK ss.:

I, _____Kheira Mehmet_____ pursuant to 28 U.S.C. § 1746 declare under the penalty of perjury that the forgoing is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in the County of New York_____ in the State of New York. I served a true copy of the annexed

### NOTICE OF MOTION FOR RECONSIDERATION

on     08 / 15 /08
by email to the Defendant's attorney at **ocross@cooley.com** and made to the attention of the person indicated below:

Mr. Oleg Cross, Esq.
Cooley Godward Kronish, LLP.

_____
Kheira Mehmet