COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
OLEG CROSS (246680) (ocross@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>                Plaintiff,<br><br>        v.<br><br>PAYPAL, INC.,<br><br>                Defendant. | Case No. 5:08-cv-01961-RMW<br><br>**STIPULATION REQUESTING NEW DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>CTRM:   6, 4th Floor<br>JUDGE:  Hon. Ronald M. Whyte |

     Plaintiff B. David Mehmet ("Plaintiff") and Defendant PayPal, Inc. ("PayPal") hereby stipulate as follows:

     **Whereas**, on June 7, 2008, the Court set a Case Management Conference in this matter for September 5, 2008 at 10:30 a.m.

     **Whereas**, on August 12, 2008, the Court denied PayPal's motion to dismiss for lack of subject-matter jurisdiction and denied Plaintiff's cross-motion for partial summary judgment.

     **Whereas**, on August 22, 2008, Plaintiff filed motions for reconsideration and certification of this Court's Order dated August 12, 2008, with the noticed hearing date of September 26, 2008 for both motions.

     **Whereas**, on August 22, 2008, PayPal filed a motion to dismiss pursuant to FRCP

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION REQUESTING NEW DATE FOR CASE
MANAGEMENT CONFERENCE

12(b)(6) and 9(b), with the noticed hearing date of September 26, 2008.

**NOW THEREFORE,** in the interest of judicial economy and the parties' convenience, the parties jointly request that the Case Management Conference presently scheduled for September 5, 2008 be re-scheduled for September 26, 2008, or as soon thereafter as is convenient for the Court.

Dated: August 26, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
OLEG CROSS (246680)

_____
Oleg Cross
Attorneys for Defendant
PAYPAL, INC.

Dated: August 26, 2008

_____
Plaintiff B. David Mehmet
*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>          Plaintiff,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>          Defendant. | Case No. 5:08-cv-01961-RMW<br><br>**[PROPOSED] ORDER SETTING NEW DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>CTRM:   6, 4th Floor<br>JUDGE:  Hon. Ronald M. Whyte |

**PURSUANT TO THE STIPULATION IT IS SO ORDERED:**

Good cause appearing, the Case Management Conference in this matter, previously scheduled for September 5, 2008 at 10:00 a.m., is now set for September 26, 2008.

Dated:_____

                                                      _____
                                                      Honorable Ronald M. Whyte
                                                      United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER SETTING NEW DATE FOR
CASE MANAGEMENT CONFERENCE