*E-FILED - 9/3/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>            Plaintiff,<br><br>     v.<br><br>PAYPAL, INC.,<br><br>            Defendant. | Case No. 5:08-cv-01961-RMW<br><br>[PROPOSED] ORDER SETTING NEW DATE FOR CASE MANAGEMENT CONFERENCE<br><br>CTRM:   6, 4th Floor<br>JUDGE:  Hon. Ronald M. Whyte |

**PURSUANT TO THE STIPULATION IT IS SO ORDERED:**

Good cause appearing, the Case Management Conference in this matter, previously scheduled for September 5, 2008 at 10:00 a.m., is now set for September 26, 2008.

Dated: 9/3/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER SETTING NEW DATE FOR
CASE MANAGEMENT CONFERENCE