E-FILED on: 9/29/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

B. DAVID MEHMET,

    Plaintiff,

v.

PAYPAL, INC.,

    Defendant.

No. C-08-01961 RMW

ORDER DENYING MEHMET'S MOTION FOR CERTIFICATION OF AUGUST 12, 2008 ORDER

**[Re Docket No. 30]**

    Plaintiff B. David Mehmet sued the defendant, Paypal, Inc., on April 14, 2008. On May 27, 2008, Mr. Mehmet moved for summary judgment on two of his claims. The court denied the motion pursuant to Rule 56(f) on August 12, 2008. *See* Docket No. 26, *Mehmet v. Paypal, Inc.*, 2008 WL 3495541 (N.D. Cal. Aug. 12, 2008). Mr. Mehmet moves for the court to certify the order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

    The court denies the motion. Certifying the August 12 order for appeal will not materially advance the ultimate termination of this litigation, nor does it involve a question of law over which substantial grounds for disagreement exist. *Accord* 28 U.S.C. § 1292(b).

DATED: 9/26/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING MEHMET'S MOTION FOR CERTIFICATION OF AUGUST 12, 2008 ORDERORDER DENYING MEHMET'S MOTION FOR CERTIFICATION OF AUGUST 12, 2008 ORDER— No. C-08-01961 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Defendants:**

3  Oleg Cross                    ocross@cooley.com

4  Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.

5

6  **Notice of this document has been mailed to:**

7  **Plaintiff:**

8  B. David Mehmet
   130 Church Street
9  New York, NY 10007

10

11  **Dated:**     9/29/2008                              TSF
                                                   **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DENYING MEHMET'S MOTION FOR CERTIFICATION OF AUGUST 12, 2008 ORDERORDER DENYING MEHMET'S
MOTION FOR CERTIFICATION OF AUGUST 12, 2008 ORDER— No. C-08-01961 RMW
TSF                                                    2