**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEHMET,

                Plaintiff,

    v.

PAYPAL, INC.

                Defendant.

_____/

No. C 08-1961 RMW

**ORDER**

Having considered the written submissions from Plaintiff and Defendant, the Court hereby DENIES Plaintiff's request to be relieved from the duty to appear in person at the early neutral evaluation.

The Court notes that Plaintiff failed to comply with ADR Local Rule 5-10(d)(2) by failing to disclose the amount in controversy in the case. The Court examined the Complaint and perceives that Plaintiff is seeking more than ten million dollars in damages. Given Plaintiff's views about the value of the case, requiring Plaintiff to appear in person in this jurisdiction for an early neutral evaluation is entirely appropriate.

IT IS SO ORDERED.

Dated: November 19, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1