E-FILED on: 11/19/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAYPAL, INC.,<br><br>　　　　Defendant. | No. C-08-01961 RMW<br><br>ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br>**[Re Docket No. 61]** |

　　Defendant Paypal has filed a motion for administrative relief to continue for one week the case management conference currently scheduled for December 5, 2008. Plaintiff Mehmet opposes the motion, noting that the case management conference has been postponed since September and that Paypal's law firm has many attorneys capable of appearing in place of the one that cannot.

　　The court grants the request to continue the case management conference one week to December 12, 2008 at 10:30. A delay of merely a week is warranted to permit the involvement of the attorney that has overseen Paypal's representation up to this point. Requiring another attorney to appear on behalf of Paypal would likely lead to a less productive case management conference.

　　If December 12, 2008 poses a hardship for Mehmet, he may request to appear by telephone or agree with Paypal to another mutually agreeable date.

DATED:　　11/19/2008

　　　　　　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE — No. C-08-01961 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Oleg Cross                    ocross@cooley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff:**

B. David Mehmet
130 Church Street
New York, NY 10007

**Dated:**     11/19/2008                              TSF
                                          **Chambers of Judge Whyte**