COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
OLEG CROSS (246680) (ocross@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| B. DAVID MEHMET,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No. 5:08-cv-01961-RMW<br><br>**DECLARATION OF OLEG CROSS IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER RE: PLAINTIFF'S ATTEMPT TO DEPOSE SCOTT THOMPSON, JOHN D. MULLER, AND MARY M. HENTGES**<br><br>DATE:    April 1, 2009<br>TIME:    9:30 a.m.<br>CTRM:    4, Fifth Floor<br>JUDGE:   Hon. Richard Seeborg |

I, Oleg Cross, declare as follows:

I am an associate with the law firm of Cooley Godward Kronish LLP, attorneys for Defendant PayPal, Inc. ("PayPal") in the above-captioned action. I submit this declaration in support of PayPal's Motion For A Protective Order Re: Plaintiff's Attempt To Depose Scott Thompson, John D. Muller, and Mary M. Hentges. I am fully familiar with the facts set forth herein and, if called as a witness, would competently testify thereto.

**1.** On February 26, 2009, I conducted a telephonic conference with B. David Mehmet, Plaintiff in the above-captioned action. In that conversation, Mr. Mehmet and I agreed on the noticed date and time of the hearing for this motion.

I hereby declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true to the best of my knowledge.

Dated: February 26, 2009

/s/ Oleg Cross
OLEG CROSS

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
OLEG CROSS (246680)
(ocross@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:(858) 550-6000
Facsimile:(858) 550-6420