**United States District Court**
For the Northern District of California

*E-Filed 3/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

B. DAVID MEHMET,

    Plaintiff,

v.

PAYPAL, INC.,

    Defendant.

NO. C 08-1961 RMW (RS)

**ORDER RE: PLAINTIFF'S MOTION TO COMPEL**

On March 5, 2009, the Court received what *pro se* plaintiff entitled "Notice of Motion to Compel" to be heard March 11, 2009, without oral argument. In this motion, plaintiff seeks to compel defendant to appear for a deposition and to serve responsive answers to his interrogatories. Before the Court can entertain this motion, plaintiff must comply with the notice and service requirements of Civil Local Rule 7-2. That rule requires that all motions must be filed, served on the opposing party, and noticed in writing on the motion calendar of the assigned judge for hearing not less than thirty-five days after service of the motion.

IT IS SO ORDERED.

Dated: 3/6/09

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Oleg Cross     ocross@cooley.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

B. David Mehmet
130 Church Street, Suite 251
New York, NY 10007

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 3/6/09**                                         **Richard W. Wieking, Clerk**

                                                          **By:_____Chambers_____**